**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAZ ENCRYPTION TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 13-299-LPS |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |
| ——————————————————— | ) |
| | ) |
| MAZ ENCRYPTION TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 13-300-LPS |
| DELL INC., | ) |
| | ) |
| Defendant. | ) |
| ——————————————————— | ) |
| | ) |
| MAZ ENCRYPTION TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-301-LPS |
| | ) |
| FUJITSU FRONTECH NORTH AMERICA INC., | ) |
| | ) |
| Defendant. | ) |
| ——————————————————— | ) |
| | ) |
| MAZ ENCRYPTION TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-306-LPS |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |
| ——————————————————— | ) |

MAZ ENCRYPTION TECHNOLOGIES LLC,

               Plaintiff,

      v.

LENOVO (UNITED STATES) INC.,

               Defendant.

Civil Action No. 13-303-LPS

MAZ ENCRYPTION TECHNOLOGIES LLC,

               Plaintiff,

      v.

BLACKBERRY CORPORATION,

               Defendant.

Civil Action No. 13-304-LPS

MAZ ENCRYPTION TECHNOLOGIES LLC,

               Plaintiff,

      v.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,

               Defendant.

Civil Action No. 13-305-LPS

MAZ ENCRYPTION TECHNOLOGIES LLC,

               Plaintiff,

      v.

MCAFEE, INC.,

               Defendant.

Civil Action No. 13-729-LPS

|  |  |
|---|---|
| MAZ ENCRYPTION TECHNOLOGIES LLC, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-730-LPS |
|  | ) |
| ORACLE CORPORATION, and T-MOBILE USA, INC., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND
## TIME TO SUBMIT PROPOSED SCHEDULING ORDER

All parties in the above captioned cases hereby stipulate and agree, subject to the approval of the Court, that the deadline for the parties to submit a proposed scheduling order in the above captioned cases is extended to and including January 10, 2014.

BAYARD, P.A.                                   RICHARDS, LAYTON & FINGER, P.A.


*/s/ Stephen B. Brauerman*                     */s/ Frederick L. Cottrell, III*
Richard D. Kirk (#0922)                        Frederick L. Cottrell, III (#2555)
Stephen B. Brauerman (#4952)                   Travis Hunter (#5350)
Vanessa R. Tiradentes (#5398)                  One Rodney Square
Sara E. Bussiere (#5725)                        920 North King Street
222 Delaware Avenue, Suite 900                 Wilmington, DE 19801
Wilmington, DE 19801                           (302) 651-7700
(302) 655-5000                                 cottrell@rlf.com
rkirk@bayardlaw.com                            hunter@rlf.com
sbrauerman@bayardlaw.com                           *Counsel for Defendant*
vtiradentes@bayardlaw.com                          *Hewlett-Packard Company*
sbrauerman@bayardlaw.com.
    *Counsel for Plaintiff MAZ Encryption*
    *Technologies LLC*

ASHBY & GEDDES

POTTER ANDERSON & CORROON LLP

*/s/ Andrew C. Mayo*

Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
   *Counsel for Defendant*
   *Toshiba America Information Systems, Inc.*

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com
   *Attorneys for Defendants*
   *Fujitsu Frontech North America Inc.*
   *and Lenovo (United States) Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

BARNES & THORNBURG LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
   *Attorneys for Defendant Oracle Corporation*

*/s/ Kevin G. Collins*

David M. Powlen (#4978)
Kevin G. Collins (#5149)
1000 N. West Street
Suite 1500
Wilmington, DE 19801
(302) 300-3434
dpowlen@btlaw.com
kcollins@btlaw.com
   *Attorneys for Defendant McAfee, Inc.*

MORRIS JAMES LLP

VENABLE LLP

*/s/ Mary B. Matterer*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
   *Attorneys for Defendant Apple Inc.*

*/s/ Jamie L. Edmonson*

Jamie L. Edmonson (#4247)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 298-3535
jledmonson@venable.com
   *Attorneys for Defendant Blackberry*
   *Corporation*

SEITZ ROSS ARONSTAM & MORITZ LLP

*/s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (#2237)
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com
       *Attorneys for Defendant Dell Inc.*

December 23, 2013


              SO ORDERED this ___ day of _____, 2013.


                              _____
                              Judge Leonard P. Stark
                              UNITED STATES DISTRICT JUDGE