IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAZ ENCRYPTION TECHNOLOGIES LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-306-LPS |
| | : | |
| HEWLETT-PACKARD COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 28th day of **March, 2014.**

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 53) on March 6, 2014;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendant's Motion to Transfer (D.I. 20).

WHEREAS, any Objections to the Report and Recommendation were to be filed by March 24, 2014;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 53) is **ADOPTED**; and Defendant's Motion to Transfer (D.I. 20) is **DENIED.**

_____
UNITED STATES DISTRICT JUDGE